# Court of Appeals
# of the State of Georgia

ATLANTA,    July 16, 2012

*The Court of Appeals hereby passes the following order:*

## A12A2191.  RONALD T. J. ADAMS, JR. v. THE STATE.

Ronald T. J. Adams, Jr., filed a motion in the trial court seeking transcripts and trial records from three separate criminal cases for potential post-conviction relief. On April 24, 2012, the trial court denied the motion and directed Adams to contact his court-appointed lawyer.  Adams then filed this direct appeal.  We lack jurisdiction for two reasons.

First, it appears that Adams is currently represented by counsel, and a criminal defendant does not have the right to represent himself while also being represented by an attorney.  See *Pless v. State*, 255 Ga. App. 95 (564 SE2d 508) (2002).  Adams' pro se motion is thus a nullity.  See id.

Second, Adams does not have the right to appeal directly the denial of a request for trial transcripts. "[I]f no petition for habeas corpus is pending at the time an indigent prisoner makes any application for a transcript . . . for purposes of collateral attack upon his conviction or sentence, that application will be treated as a separate civil action subject to the procedures and requirements of the Prison Litigation Reform Act of 1996. Specifically, appeals from the denial of any such application for free transcripts for post-conviction collateral attack must comply with the discretionary appeal procedures of OCGA § 5-6-35." *Coles v. State*, 223 Ga. App. 491, 492 (1) (477 SE2d 897) (1996); see OCGA § 42-12-8.  Because Adams failed to follow the discretionary appeal procedure as required here, his appeal is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 07/16/2012
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*